Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Boulevard, Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiff Garrapata, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARRAPATA, LLC, a California limited liability company,<br>Plaintiff,<br>vs.<br><br>NOROK INNOVATION, INC. a Florida corporation; ERIC POPOWICZ, an individual; THUNDERCOM SYSTEMS LTD, a Cypriot limited company; COLIN ANDREWS aka SIMON THUNDERCOM, an individual; BIZX MARKETING, LLC, a Florida limited liability company; AZ CONNECTIONS, LLC, an Arizona limited liability company; JEFF TAYLOR, an individual; DOES 1-30, inclusive,<br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 3344;<br>2. VIOLATION OF COMMON LAW RIGHT OF PUBLICITY;<br>3. FALSE ENDORSEMENT UNDER THE LANHAM ACT (15 U.S.C. § 1125(A));<br>4. TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(1)(A));<br>5. COMMON LAW TRADEMARK INFRINGEMENT<br>6. CONTRIBUTORY TRADEMARK INFRINGEMENT<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Garrapata, LLC, by and through its undersigned attorneys, alleges upon knowledge as to itself and its own acts and alleges upon information and belief as to all other matters, brings this Complaint.

## INTRODUCTION

1. For more than 60 years, Clint Eastwood has been one of the most famous actors, producers, and directors in the world. Mr. Eastwood is fiercely protective of his name and image, and has rarely licensed either for the promotion of products outside of the movies he acted in or directed. Like many of his most famous characters, Mr. Eastwood is not afraid to confront wrongdoing and hold accountable those that try to illegally profit off his name. Indeed, Mr. Eastwood previously litigated and won a jury trial against the *National Enquirer*, which was affirmed on appeal, after the tabloid falsely claimed to have exclusively interviewed Mr. Eastwood and misappropriated his name, likeness, and personality to promote and sell its product.

2. This action arises from an online Internet scam that illegally uses Mr. Eastwood's celebrity and name to drive traffic to an online marketplace selling cannabidiol ("CBD") products and to promote CBD products thereon. Put simply, without Mr. Eastwood's knowledge of permission, online retailers of CBD products strategically place Mr. Eastwood's name within blog posts and webpage meta descriptions (content that describes and summarizes the contents of a given webpage for the benefit of users and search engines to locate) as a means to promote CBD products and guide customers to an online marketplace that sells CBD products.

3. The unlawful actions by the defendants amount to a willful and conscious disregard for Mr. Eastwood's rights and are intentionally designed to capitalize on the goodwill, recognition, and fame associated with Mr. Eastwood.

4. By this action, Garrapata LLC, the holder of all relevant rights in Mr. Eastwood's name and persona, seeks to hold accountable the persons and entities

that wrongfully crafted this scheme and illegally profited off of Mr. Eastwood's name to promote and sell CBD products.

## PARTIES

5. Plaintiff Garrapata, LLC ("Garrapata") is a California limited liability company with its principal place of business in Los Angeles County, California. By assignment from Mr. Eastwood, Garrapata holds all trademarks related to Mr. Eastwood and Mr. Eastwood's name and persona rights apart from those he grants in connection with the promotion and exploitation of the films he makes.

6. Defendant Norok Innovation, Inc. ("Norok") is a Florida corporation with its principal place of business in Los Angeles, California. It is the manufacturer, distributor and seller of CBD products called Terahemp.

7. Defendant Eric Popowicz is an individual and resident of Los Angeles County, California. He is the CEO of Norok and was a principal of Norok Innovation, LLC, which was a manufacturer, distributor and seller of Terahemp. At all relevant times discussed herein, Norok was the alter ego of Popowicz, and there exists, and at all times herein mentioned has existed, a unity of interest and ownership between and among Norok and Popowicz such that any separateness has ceased to exist. Norok and Popowicz have commingled personal and corporate funds, and Popowicz has used corporate assets for personal uses. Norok has disregarded necessary legal formalities that corporate entities must follow, and Popowicz uses in an attempt to evade liability for his own unlawful actions. In particular, although Norok's principal place of business is in Los Angeles County, and Popowicz is a resident of Los Angeles County, Norok is not licensed to do business in California. Consequently, adherence to the fiction of the separate existence of Norok Innovation, Inc. as an entity distinct from Popowicz would permit an abuse of the corporate privilege and would sanction fraud and promote injustice in that the acts alleged herein were the result of Norok Innovation, Inc.'s

acts, however, Popowicz benefitted from the acts alleged herein.

8. Defendant Thundercom Systems Ltd. (“Thundercom Systems”) is a Cyprus limited company with its principal place of business in Cyprus.

9. Defendant Colin Andrews aka Simon Thundercom (“Andrews”) is an individual and resident of Cyprus. He is the Director of Thundercom Systems.

10. Defendant BizX Marketing, LLC (“BizX Marketing”) is a Florida limited liability company with its principal place of business in Dade County, Florida.

11. Defendant AZ Connections, LLC (“AZ Connections”) is an Arizona limited liability company with its principal place of business in Maricopa County, Arizona.

12. Defendant Jeff Taylor (“Taylor”) is an individual and resident of Maricopa County, Arizona. He is the principal of AZ Connections.

13. Garrapata is unaware of the true names and capacities of defendants, whether individual, corporate, associate, or otherwise, named herein as Does 1 through 30, inclusive, and therefore sues said defendants by such fictitious names (the “Doe Defendants”). Garrapata will seek leave to amend this Complaint to state when their true names and capacities are ascertained. (All of the Defendants, including the Doe Defendants, collectively are referred to herein as “Defendants”).

14. At all times mentioned in this Complaint, all of the Defendants acted in concert to knowingly cause, facilitate, control, induce, or otherwise participate in the wrongful conduct alleged herein.

## JURISDICTION AND VENUE

15. The Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a). This is a civil action arising under federal law, the Lanham Act of 1946 as amended (codified at 15 U.S.C. §§ 1051, *et seq*.). The pendent state law claims are so related to the federal claims that they form part of the same case or controversy

pursuant to Article III of the United States Constitution. The Court therefore has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

16. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) for several independent reasons, including: at least one of the Defendants "resides" in this judicial district for venue purposes under 28 U.S.C. § 1391(c)(2); a substantial part of the events or omissions giving rise to the claims occurred in this district.

## GENERAL ALLEGATIONS

### Clint Eastwood

17. Clint Eastwood is recognized around the world as an icon of the entertainment industry. After rising to fame in the 1950s as the star of the TV series *Rawhide*, Mr. Eastwood became one of the world's biggest movie stars with his roles as the "Man With No Name" in a series of Westerns in the late 1960s and the *Dirty Harry* films of the 1970s and 80s. In 1971, Mr. Eastwood directed his first of more than 30 motion pictures, including the Academy Award winning Best Pictures *Unforgiven* (1992) and *Million Dollar Baby* (2004). In addition to his successful career in the entertainment industry, Mr. Eastwood served as the mayor of Carmel-by-the-Sea in the late-1980s. In 2006, Mr. Eastwood was inducted into the California Hall of Fame located at The California Museum for History, Women, and the Arts. According to fellow Academy Award winner Sean Penn, Mr. Eastwood "has become cinema's Mount Rushmore . . . [and] the embodiment of American film."

18. Mr. Eastwood has a long-standing history of rejecting third party licenses. With rare exception, Mr. Eastwood reserves the exploitation of his personality rights and the goodwill associated therewith for his motion pictures and other entertainment related projects, and for business ventures in which he is personally involved.

19. Mr. Eastwood does not have, and never has had, any association with the

manufacture, promotion, and/or sale of any CBD products.

**Defendants Use Clint Eastwood's Names In Hidden Metatags To Advertise And Sell CBD Products**

20. The Internet is a global network of interconnected computers which allows individuals and organizations around the world to communicate and to share information with one another.

21. Each web page has a corresponding domain address, which is an identifier somewhat analogous to a telephone number or street address. Domain names consist of a second-level domain—simply a term or series of terms—followed by a top-level domain, many of which describe the nature of the enterprise.

22. Search engines like Google look for keywords in places such as domain names, actual text on the web page, and metatags. Metatags are Hypertext Markup Language ("HTML") code intended to describe the contents of the web site. There are different types of metatags, including "description" and "keyword" metatags. The description metatags are intended to describe the web site; the keyword metatags, at least in theory, contain keywords relating to the contents of the web site. Metatags function behind the scenes to direct an internet searcher to a webpage. "Using another's trademark in one's metatags is much like posting a sign with another's trademark in front of one's store." *Brookfield Commc'ns, Inc. v. W. Coast Entm't Corp*., 174 F.3d 1036, 1064 (9th Cir. 1999).

23. Among the top results of an online search for "Clint Eastwood CBD" is a website for online-cbd-shop.com, with the search result "clint eastwood cbd products – bio cbn drugs." Below and attached hereto as **Exhibit 1** is a true and correct image of page 2 of such a Google search.



7/8/2020 clint eastwood cbd - Google Search

Google clint eastwood cbd

All News Shopping Images Videos More Settings Tools

Page 2 of about 12,100,000 results (0.30 seconds)

rtpr.com › 10-best-western-actors › clint-eastwood
Clint Eastwood | Real Time Pain Relief
Pale Rider, Unforgiven, Fistful of Dollars, The Good, the Bad, and the Ugly; you probably can't think of a bad Western movie when it comes to **Clint Eastwood**.

zlatnictvicech.cz › clint-eastwood-cbd-products
Clint eastwood cbd products « Zlatnictví Čech
**Clint eastwood cbd** products - Delivery to Your Country - from 3 to 9 Days. Best BIO Drugs Without a Prescription. Guaranteed Anonymity. Discount Every Buyer.

infusedediblesstore.com › eastwood-michigan
CBD Oil Eastwood, CBD Vape Oil Eastwood, CBD Hemp Oil ...
Infused Edibles sells **Eastwood** residents a wide range of **CBD** products, all infused with **CBD** Oil. If you live in **Eastwood**, it's legal for you to buy our **CBD** ...

hemploil-en.over-blog.com › 2019/12 › 7629-clint-east...
7629 clint eastwood cbd products - Where can u buy cannabis ...
Dec 27, 2019 - **Clint eastwood cbd** products , morgan freeman calls for marijuana ... Clint Eastwood | Real Time Pain Relief I am not the only one though, if you ...

www.nytimes.com › 2006/08/28
California Seeks to Clear Hemp of a Bad Name - The New ...
Aug 28, 2006 - With his work-shirt blue eyes and flinty **Clint Eastwood** demeanor, he is staunchly in favor of the war in Iraq, against gun control and believes ...

cbdoileurope.over-blog.com › 2020/04 › 7629-clint-ea...
7629 Clint Eastwood Cbd Products - Cbd oil
Apr 4, 2020 - The product **Eastwood** is referring to is his breakthrough **CBD** wellness line Empe Premium **CBD**. The star has spent the past four years ...

honestcbdreviews.com › cbd-oil-benefits-side-effects
CBD Oil Guide [Everything You Wanted to Know] CBD is ...
Jul 31, 2018 - Give anxiety your best "**Clint Eastwood**" " "Do I feel lucky?" Well, do ya, punk?" Social Anxiety. Have you ever had that one friend who is the life of ...

issuu.com › docs › retirement_life_issue_two_full_v10
Retirement Life Magazine Issue 2 by Read Publishing - issuu
May 22, 2019 - 5 Benefits Of **CBD** Oil. 10 Personal Wealth Influencers. You Should Be Paying Attention To. **Clint Eastwood**. Not Slowing Down Yet!

online-cbd-shop.com › search-result › q=clint+eastwoo...
clint eastwood cbd products - bio cbn drugs
We are sorry there are no search results for **clint eastwood cbd** products – Please refine your search. Kratom Capsules. Sold out. N/A ...

www.youtube.com › watch
Clint Eastwood Speaks at RNC - Full Speech - 'It's Time for a ...
Enjoy the videos and music you love, upload original content, and share it all with friends, family, and the world ...
Dec 20, 2019 - Uploaded by Wall Street Journal

https://www.google.com/search?q=clint+eastwood+cbd&ei=CEoGX6SqMsL6-gSX8KjQDQ&start=10&sa=N&ved=2ahUKEwikzrS5277qAhVCvZ4KHRc... 1/2

online-cbd-shop.com › search-result › q=clint+eastwoo...
clint eastwood cbd products - bio cbn drugs
We are sorry there are no search results for **clint eastwood cbd** products – Please refine your search. Kratom Capsules. Sold out. N/A ...

24. When one clicks on the link for online-cbd-shop.com in the online search results, it takes the consumer to an online CBD marketplace called CBD Online with a list and photographs of what it touts as "61 PRODUCTS FOUND FOR 'CLINT EASTWOOD CBD PRODUCTS.'" Below and attached hereto as **Exhibit 2** is a true and correct image of page 1 of the webpage for online-cbd-shop.com that one arrives at after clicking on the search result.




25. The CBD products advertised and sold at the CBD Online marketplace based upon a Google search for "Mr. Eastwood CBD" include Terahemp, Natural Stress Solutions, and Nature's Way Creating Better Days ("Nature's Way").

26. By using Mr. Eastwood's name in hidden metatags, Defendants have figuratively posted a sign with Mr. Eastwood's trademark in front of their online store to attract consumers and caused the consuming public to believe that Mr. Eastwood is associated with and/or endorsed the CBD Online marketplace and/or the CBD products sold thereon, when no such association actually exists.

**<u>Defendants Conspire To Illegally Profit From Their Misuse Of Clint Eastwood's Name To Promote And Sell CBD Products</u>**

27. Defendant Thundercom Systems, though its principal, Defendant Colin Andrews aka Simon Thundercom ("Andrews"), has contacted several manufacturers of CBD products about selling their CBD products online.

28. Thundercom Systems subsequently opened drop shipping accounts with the manufacturers through which Thundercom Systems marketed and sold the

manufacturers' products on its websites. When Thundercom Systems received orders for CBD products, Andrews would send the manufacturers a CSV file with the customers' names, addresses, and order details. The manufacturers would then fill the orders and ship them directly from its facility to the customers.

29. In at least one instance, Thundercom Systems deposited $1,500 with a manufacturer as an advance against anticipated future sales. Once the manufacturer received and filled an order, it would subtract the charge of each product ordered from Thundercom System's deposit account. Thundercom Systems periodically replenished the deposit account when it ran low.

30. Payments to the manufacturers did not come directly from Thundercom Systems or Andrews. Instead, payments were made by Defendant BizX Marketing through a Chase Bank account in Florida.

31. In early 2019 Defendant Jeff Taylor, the principal at Defendant AZ Connections contacted a manufacturer of CBD products. Taylor stated that he works with Andrews and he needed information from the manufacturer in order to have a U.S. company (Defendant AZ Connections) market and sell CBD products in the United States and thereby avoid banking fees for international transfers.

32. Although several CBD manufacturers whose products appeared on online-cbd-shop.com voluntarily provided the foregoing information, defendants Norok and Popowicz refused to provide any information to establish their innocence, despite requests for same.

**FIRST CLAIM FOR RELIEF**

**(Violation of Cal. Civ. Code § 3344 – Garrapata Against All Defendants)**

33. Garrapata incorporates all prior allegations of this Complaint by this reference.

34. Garrapata is the owner of the rights of publicity in Mr. Eastwood's name, image, likeness, and persona for all purposes, other than those related to the

promotion and exploitation of the motion pictures Mr. Eastwood makes.

35. Defendants have willfully and without authorization used Mr. Eastwood's name for commercial purposes to promote the sale of CBD products. Defendants, and each of them, shared a common plan to use Mr. Eastwood's name for commercial purposes to promote the sale of CBD products.

36. Defendants, and each of them, were necessary parts of the distribution chain. Specifically, Thundercom Systems and Andrews controlled and managed the domain and online marketplaces that used Mr. Eastwood's name to promote and sell products, Norok and Popowicz provided CBD products, BizX Marketing provided domestic banking services, and AZ Connections and Taylor provided domestic marketing and banking services.

37. Andrews on behalf of Thundercom Systems, and Taylor on behalf of AZ Connections, authorized, directed, and/or participated in the illegal actions described herein.

38. Defendants' unauthorized use of Mr. Eastwood's name constitutes a commercial misappropriation in violation of Section 3344 of the California Civil Code.

39. As a direct and proximate result of Defendants' wrongful conduct, Garrapata has suffered, and will continue to suffer, damages in an amount to be proven at trial.

40. Defendants have further been unjustly enriched by their misappropriation of Mr. Eastwood's statutory right of publicity. Accordingly, Garrapata is entitled to restitution of all income, profits, and other benefits resulting from Defendants' conduct, in an amount to be determined according to proof at trial.

41. Defendants' actions as alleged herein were malicious, oppressive, and fraudulent, and done with the intent to injure Mr. Eastwood and with a willful and conscious disregard for Mr. Eastwood's rights. As a result, Garrapata is entitled to

recover from Defendants punitive and exemplary damages in an amount sufficient to punish and deter them and others from engaging in such acts in the future.

**SECOND CLAIM FOR RELIEF**

**(Violation of Common Law Right of Publicity – Garrapata Against All Defendants)**

42. Garrapata incorporates all prior allegations of this Complaint by this reference.

43. Garrapata is the owner of the common law rights of publicity in Mr. Eastwood's name, image, likeness, and persona necessary for endorsement deals.

44. Defendants have willfully and without authorization used Mr. Eastwood's name for commercial purposes to promote the sale of CBD products.

45. Defendants, and each of them, shared a common plan to use Mr. Eastwood's name for commercial purposes to promote the sale of CBD products.

46. As described herein, Defendants, and each of them, were necessary parts of the distribution chain.

47. Andrews on behalf of Thundercom Systems, and Taylor on behalf of AZ Connections, authorized, directed, and/or participated in the illegal actions described herein.

48. Defendants' unauthorized use of Mr. Eastwood's name constitutes a violation of California's common law right of publicity.

49. As a direct and proximate result of Defendants' wrongful conduct, Garrapata has suffered, and will continue to suffer, damages in an amount to be proven at trial.

50. Defendants have further been unjustly enriched by their infringement of Mr. Eastwood's common law right of publicity. Accordingly, Garrapata is entitled to restitution of all income, profits, and other benefits resulting from Defendants' conduct, in an amount to be determined according to proof at trial.

51. Defendants' actions as alleged above were malicious, oppressive, and fraudulent, and done with the intent to injure Mr. Eastwood and with a willful and conscious disregard for Mr. Eastwood's rights. As a result, Garrapata is entitled to recover from Defendants punitive and exemplary damages in an amount sufficient to punish and deter Defendants and others from engaging in such acts in the future.

**THIRD CLAIM FOR RELIEF**

**(False Endorsement (15 U.S.C. § 1125(a)) – Garrapata Against All Defendants)**

52. Garrapata incorporates all prior allegations of this Complaint by this reference.

53. Garrapata is the owner of the statutory and common law rights associated with Mr. Eastwood's name, image, likeness, and persona necessary for endorsement deals, including Mr. Eastwood's right to decide whether to associate Mr. Eastwood's name, image, likeness, or persona with any third party for purposes relating to sponsorship and/or endorsement.

54. Defendants used distinctive attributes of Mr. Eastwood's persona, in particular his name, without permission to manipulate internet searches and make it appear as though Mr. Eastwood is associated with the products sold by Defendants online, when, in fact, he is not associated with such products. Defendants, and each of them, shared a common plan to use Mr. Eastwood's name without permission to manipulate internet searches and make it appear as though Mr. Eastwood is associated with the products sold by Defendants online.

55. As described herein, Defendants, and each of them, were necessary parts of the distribution chain.

56. Andrews on behalf of Thundercom Systems, and Taylor on behalf of AZ Connections, authorized, directed, and/or participated in the illegal actions described herein.

57. Defendants' unauthorized uses of Mr. Eastwood's persona constitute

false or misleading representations of fact to falsely imply the endorsement of Defendants' businesses and products by Mr. Eastwood.

58. Defendants' unauthorized uses of Mr. Eastwood's persona are likely to confuse and deceive consumers as to Mr. Eastwood's sponsorship and/or endorsement of CBD products sold by Defendants online. Specifically, Defendants' use of Mr. Eastwood's name is likely to cause consumers to mistakenly believe that Mr. Eastwood is associated with the products sold by Defendants, or that he sponsors or endorses the such products.

59. As a direct and proximate result of the acts of false endorsement set forth above, Garrapata has suffered actual damages in an amount to be proven at trial.

60. Garrapata is entitled to the full range of relief available under the Lanham Act, 15 U.S.C. § 1117, including, without limitation, an award of actual damages and the disgorgement of Defendants' profits arising from their false or misleading acts.

61. Defendants' conduct further renders this an "exceptional" case within the meaning of the Lanham Act, thus entitling Garrapata to an award of attorneys' fees and costs.

62. Defendants committed the unauthorized acts described above knowing that they are likely to cause consumers to falsely believe that Mr. Eastwood endorses Defendants' brands and products. Defendants have thus willfully, knowingly, and maliciously deceived and confused the relevant consuming public, such that Garrapata is entitled to an award of treble damages.

## FOURTH CLAIM FOR RELIEF

## (Trademark Infringement (15 U.S.C. § 1114(1)) – Garrapata Against All Defendants)

63. Garrapata incorporates all prior allegations of this Complaint by this reference.

64. Garrapata has selectively used the trademark CLINT EASTWOOD in commerce in connection with products and services.

65. Garrapata owns a federally registered trademark U.S. Registration No. 3265483 in Mr. Eastwood's name for "Entertainment services, namely, personal appearances and live performance and live recorded performances by a movie star and actor" (the "Registered Mark"). A true and correct copy of Garrapata's Trademark Certificate from the United States Patent and Trademark Office is attached hereto as **Exhibit 3**.

66. The Registered Mark is a valid trademark owned by Garrapata. Additionally, by virtue of Mr. Eastwood's longstanding and continuous use of the Registered Mark in commerce, Garrapata has acquired a valid common law trademark in Mr. Eastwood's name. The public has come to recognize the Registered Mark as exclusively identifying Mr. Eastwood, and the mark is famous worldwide.

67. Defendants infringed Garrapata's registered and common law trademarks by using the mark on the internet to direct consumers to CBD Online, which is owned and/or maintained by Defendants. Defendants, and each of them, shared a common plan to infringe Garrapata's registered and common law trademarks as described herein.

68. Defendants' unauthorized use of Garrapata's registered and common law trademarks are likely to confuse and deceive consumers as to the origin, sponsorship, and/or endorsement of CBD products marketed and sold by Defendants. Specifically, Defendants' use of Mr. Eastwood's name and mark is likely to cause consumers to mistakenly believe that Mr. Eastwood is associated with Defendants, or that he sponsors or endorses the CBD Online marketplace.

69. As described herein, Defendants, and each of them, were necessary parts of the distribution chain.

70. Andrews on behalf of Thundercom Systems, and Taylor on behalf of AZ

Connections, authorized, directed, and/or participated in the illegal actions described herein.

71. As a direct and proximate result of the acts of trademark infringement set forth above, Garrapata has suffered actual damages in an amount to be proven at trial.

72. Garrapata is entitled to the full range of relief available under the Lanham Act, 15 U.S.C. § 1117, including, without limitation, an award of actual damages and the disgorgement of Defendants' profits arising from the acts of trademark infringement.

73. Defendants' conduct further renders this an "exceptional" case within the meaning of the Lanham Act, thus entitling Garrapata to an award of attorneys' fees and costs.

74. Defendants committed the infringement described above knowing that their unauthorized use of the CLINT EASTWOOD trademark is likely to cause consumer confusion. Defendants have thus willfully, knowingly, and maliciously deceived and confused the relevant consuming public, such that Garrapata is entitled to an award of treble damages.

**FIFTH CLAIM FOR RELIEF**

**(Common Law Trademark Infringement – Garrapata Against All Defendants)**

75. Garrapata incorporates all prior allegations of this Complaint by this reference.

76. Garrapata owns a valid common law trademarks in CLINT EASTWOOD for use in connection with the promotion of products and services in the entertainment industry.

77. The Registered Trademark is likewise a valid trademark owned by Garrapata.

78. The public has come to recognize the CLINT EASTWOOD mark as

exclusively identifying Mr. Eastwood, and the mark is famous worldwide.

79. Defendants have infringed Garrapata's trademark by using the mark on the internet to direct consumers to CBD Online, which is owned and/or maintained by Defendants, and to promote the sale of CBD products. Defendants, and each of them, shared a common plan to infringe Garrapata's trademark as described herein.

80. As described herein, Defendants, and each of them, were necessary parts of the distribution chain.

81. Andrews on behalf of Thundercom Systems, and Taylor on behalf of AZ Connections, authorized, directed, and/or participated in the illegal actions described herein.

82. Defendants' unauthorized use of Garrapata's trademark is likely to confuse and deceive consumers as to the origin, sponsorship, and/or endorsement of Defendants' brands and products. Specifically, Defendants' use of Garrapata's mark is likely to cause consumers to mistakenly believe that Mr. Eastwood is associated with Defendants and/or that he sponsors or endorses the CBD Online marketplace and/or Defendants' products.

83. As a direct and proximate result of the acts of trademark infringement set forth above, Garrapata has suffered actual damages in an amount to be proven at trial.

84. Defendants acted with fraud, oppression, or malice in infringing Garrapata's mark as alleged above. As such, in addition to the other relief sought herein, Garrapata is entitled to an award of punitive damages.

**SIXTH CLAIM FOR RELIEF**

**(Contributory Trademark Infringement – Garrapata Against Norok, Popowicz, BizX Marketing, AZ Connections, Taylor, and Does 6-30)**

85. Garrapata incorporates all prior allegations of this Complaint by this reference.

86. Defendants Norok, Popowicz, BizX Marketing, AZ Connections, Taylor, and the Doe Defendants (collectively, the "Contributory Infringers") have been and continue to be aware of—and have been and continue to contribute to—the infringement of Garrapata's trademarks by Thundercom Systems and Andrews.

87. Alternatively, the Contributory Infringers remained willfully blind to the infringement of Garrapata's trademarks by Thundercom Systems and Andrews.

88. As described herein, Contributory Infringers, and each of them, materially contributed to the primary infringement perpetrated by Thundercom Systems and Andrews by providing domestic banking and/or marketing services for Thundercom Systems and Andrews. Such domestic banking and/or marketing services were a necessary part of Defendants' scheme to misuse Garrapata's trademarks.

89. Garrapata has been damaged by and the Contributory Infringers have profited from the Contributory Infringers' contributory trademark infringement.

90. To remedy the Contributory Infringers' contributory trademark infringement, Garrapata is entitled to all of the remedies set forth above for direct trademark infringement and false endorsement.

## PRAYER FOR RELIEF

WHEREFORE, Garrapata prays for judgment as follows:

1. On all Claims for Relief, for an award of actual and compensatory damages in the millions of dollars according to proof;

2. On all Claims for Relief, for the disgorgement of Defendants' profits attributable to the infringement of Garrapata's intellectual property rights and rights of publicity;

3. On the First and Second Claims for Relief, for an award of punitive damages in an amount sufficient to deter unlawful conduct by Defendants in the future;

4. On the Third, Fourth and Sixth Claims for Relief, for treble damages;

5. For preliminary and permanent injunctions restraining and enjoining Defendants, and all persons acting in concert with them, from using Mr. Eastwood's name, images, likeness, persona, and trademarks;

6. For pre-judgment and post-judgment interest according to proof and to the maximum extent allowed by law;

7. For attorneys' fees and costs; and

8. For such other and further relief as the Court may deem just and proper.

Dated: January 13, 2021

NOLAN HEIMANN LLP

By: ______________________________
Jordan Susman
Attorneys for Plaintiff
Garrapata, LLC

**DEMAND FOR JURY TRIAL**

Pursuant to Local Rule 38-1, Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: January 13, 2021

NOLAN HEIMANN LLP

By: ______________________
Jordan Susman
Attorneys for Plaintiff
Garrapata, LLC