UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 21-00356-CJC(DFMx)            Date: March 1, 2021

Title: <u>GARRAPATA, LLC V. NOROK INNOVATION, *ET AL.*</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Cheryl Wynn</u>            <u>N/A</u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO SERVE THE SUMMONS AND COMPLAINT ON DEFENDANT BIZX MARKETING LLC BY PERSONAL DELIVERY TO THE FLORIDA SECRETARY OF STATE [Dkt. 19]**

      Plaintiff Garrapata, LLC brings this action against Defendants Norok Innovation, Inc., Eric Popowicz, Thundercom Systems Ltd., Colin Andrews, BizX Marketing LLC ("BizX"), AZ Connections, Jeff Taylor, and unnamed Does.  Before the Court is Plaintiff's unopposed motion for a court order authorizing service of the summons and complaint on Defendant BizX Marketing—a Florida LLC—by personal delivery to the Florida Secretary of State.  (Dkt. 19.)

      In support of its request to serve BizX by way of the Florida Secretary of State, Plaintiff cites California Corporations Code § 6501.  But that statute applies to corporations, not LLCs like BizX.  Even the proper statute does not appear to support the relief Plaintiff seeks.  California Corporations Code § 17701.16, which applies to LLCs, authorizes service of process by hand delivery to the California Secretary of State.  Cal. Corp. Code § 17701.16(c) (providing that if a designated agent for service cannot be found, service can be made "by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy"); *Johnson v. 4885 Granite, LLC*, 2016 WL 3538382, at *2 (E.D. Cal. June 29, 2016) (explaining that under §17701.16, "plaintiff is entitled to effect service by delivering by hand a copy of the summons and the Complaint to the Office of the California Secretary

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 21-00356-CJC(DFMx)   Date: March 1, 2021
                                Page 2

---

of State."). Nothing in the statute states that it would apply to service of an LLC by service on another state's Secretary of State. Plaintiff cites no other authority in support of its request. For these reasons, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

gl

MINUTES FORM 11
CIVIL-GEN                                Initials of Deputy Clerk CW