Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Boulevard, Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiff Garrapata, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRAPATA, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>NOROK INNOVATION, INC. a Florida corporation; ERIC POPOWICZ, an individual; THUNDERCOM SYSTEMS LTD, a Cypriot limited company; COLIN ANDREWS aka SIMON THUNDERCOM, an individual; BIZX MARKETING, LLC, a Florida limited liability company; AZ CONNECTIONS, LLC, an Arizona limited liability company; JEFF TAYLOR, an individual; DOES 1-30, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00356-CJC-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF A PARTY** |

-1-
NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that plaintiff voluntarily dismisses defendant BizX Marketing LLC from the above-captioned action with prejudice.

Dated: May 24, 2021                       NOLAN HEIMANN, LLP

By: _____/s/ Jordan Susman_____
      Jordan Susman
      Attorneys for Plaintiff
      Garrapata LLC