Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiff Garrapata, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRAPATA, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>NOROK INNOVATION, INC. a Florida corporation; ERIC POPOWICZ, an individual; THUNDERCOM SYSTEMS LTD, a Cypriot limited company; COLIN ANDREWS aka SIMON THUNDERCOM, an individual; BIZX MARKETING, LLC, a Florida limited liability company; AZ CONNECTIONS, LLC, an Arizona limited liability company; JEFF TAYLOR, an individual; DOES 1-30, inclusive,<br>　　　　Defendants. | Case No.: 2:21-cv-00356-CJC-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF A PARTY** |

-1-

NOTICE OF DISMISSAL

1     NOTICE IS HEREBY GIVEN that plaintiff voluntarily dismisses defendants
2 AZ Connections and Jeff Taylor from the above-captioned action with prejudice.

3
4 Dated: January 10, 2022            NOLAN HEIMANN, LLP

                                         By: _____*/s/ Jordan Susman*_____
                                                   Jordan Susman
                                                   Attorneys for Plaintiff
                                                   Garrapata LLC