Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiff Garrapata, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARRAPATA, LLC, a California limited liability company,<br><br>          Plaintiff,<br>     vs.<br><br>NOROK INNOVATION, INC. a Florida corporation; ERIC POPOWICZ, an individual; THUNDERCOM SYSTEMS LTD, a Cypriot limited company; COLIN ANDREWS aka SIMON THUNDERCOM, an individual; BIZX MARKETING, LLC, a Florida limited liability company; AZ CONNECTIONS, LLC, an Arizona limited liability company; JEFF TAYLOR, an individual; DOES 1-30, inclusive,<br>          Defendants. | Case No.: 2:21-cv-00356-CJC-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF A PARTY** |

-1-

NOTICE OF DISMISSAL

-2-

1  NOTICE IS HEREBY GIVEN that plaintiff voluntarily dismisses defendants
2  Thundercom Systems Ltd and Colin Andrews aka Simon Thundercom from the
3  above-captioned action without prejudice.
4
5  Dated: April 8, 2022                NOLAN HEIMANN, LLP
6
7                                      By: _____*/s/ Jordan Susman*_____
                                           Jordan Susman
                                           Attorneys for Plaintiff
8                                          Garrapata LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                        -2-
                              NOTICE OF DISMISSAL