Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689

Attorneys for Plaintiff Garrapata, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRAPATA, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NOROK INNOVATION, INC. a Florida corporation; ERIC POPOWICZ, an individual; THUNDERCOM SYSTEMS LTD, a Cypriot limited company; COLIN ANDREWS aka SIMON THUNDERCOM, an individual; BIZX MARKETING, LLC, a Florida limited liability company; AZ CONNECTIONS, LLC, an Arizona limited liability company; JEFF TAYLOR, an individual; DOES 1-30, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00356-CJC-PD<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS NOROK INNOVATION, INC. AND ERIC POPOWICZ**<br><br>Date: May 16, 2022<br>Time: 1:30 p.m.<br>Place: Ronald Reagan Federal Building<br>　　　and United States Courthouse<br>　　　411 West Fourth Street<br>　　　Courtroom 9 B<br>　　　Santa Ana, CA, 92701 |

PLEASE TAKE NOTICE THAT on May 16, 2022 at 1:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA, 92701, plaintiff Garrapata, LLC ("Plaintiff") will move pursuant to Federal Rule of Civil Procedure 55(b), for an order of final judgment by default against defendants Norok Innovation, Inc. ("Norok") and Eric Popowicz ("Popowicz") (collectively, "Defendants").

This Motion for Default Judgment is based upon the Memorandum in Support of the Motion, the Declarations of Clint Eastwood, Howard Bernstein, Jordan Susman, Eric Lowe, Kasey Bartholomew, and Joseph C. Nunes and the attachments to those declarations. Plaintiff also submits herewith a proposed order granting the requested relief. To date, Defendants have not pleaded, answered, or otherwise defended the action.

It is well established that the entry of default itself establishes a defendant's liability. Upon default, the well-pleaded allegations of the complaint relating to liability are taken as true (but not allegations as to the amount of damages). *Quincy Bioscience, LLC v. Ellishbooks*, 957 F.3d 725, 729 & fn. 25 (7th Cir. 2020). In fact, it is improper for the court to consider liability issues if it does not first give notice to plaintiff that the merits will be addressed. *Black v. Lane*, 22 F.3d 1395, 1398 (7th Cir. 1994); *Ramos-Falcon v. Autoridad de Energia Electrica*, 301 F.3d 1, 3 (1st Cir. 2002). Because Defendants' liability is not at issue, Plaintiff will present proof of the following matters:

1. Defendants, and each of them, are not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Defendants have not appeared in this action;

3. Notice of this Motion was served on:

      a. Norok by U.S. mail as required by Local Rule 55-1;

      b. Popowicz by email as required by Local Rule 55-1 and this Court's order dated July 13, 2021 (Dkt. 48);

4. Plaintiff is entitled to judgment against Defendants on the claims pleaded in the complaint.

5. Plaintiff is entitled to their attorneys' fees and costs.

6. Plaintiff is entitled to permanent injunctive relief against Defendants.

7. The amount of judgment sought is at least $3 million as set forth in the attached Memorandum and supporting declarations.

Dated: April 8, 2022

NOLAN HEIMANN, LLP

By:     */s/ Jordan Susman*
    Jordan Susman
    Attorneys for Plaintiff
    Garrapata LLC