JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**

10
| | |
|---|---|
| GARRAPATA, LLC, a California limited liability company, ) | Case No.: 2:21-cv-00356-CJC-DFM |
|      Plaintiff, ) | **JUDGMENT** |
|   vs. ) | |
| ) | |
| NOROK INNOVATION, INC. a Florida corporation; ERIC POPOWICZ, an individual; THUNDERCOM SYSTEMS LTD, a Cypriot limited company; COLIN ANDREWS aka SIMON THUNDERCOM, an individual; BIZX MARKETING, LLC, a Florida limited liability company; AZ CONNECTIONS, LLC, an Arizona limited liability company; JEFF TAYLOR, an individual; DOES 1-30, inclusive, ) | |
|      Defendants. ) | |

-1-

JUDGMENT

On January 14, 2021, Plaintiff Garrapata, LLC ("Plaintiff") filed a Complaint ("Complaint") against Norok Innovation, Inc. ("Norok") and Eric Popowicz ("Popowicz") (collectively, "Defendants") and others alleging (1) violation of California Civil Code § 3344; (2) violation of common law right of publicity; (3) false endorsement under the Lanham Act; (4) trademark infringement; (5) common law trademark infringement; (6) contributory trademark infringement. Defendants have neither answered nor otherwise responded to the Complaint. On February 17, 2021, the Clerk entered default against Norok. (ECF No. 27.) On September 21, 2021, the Clerk entered default against Popowicz. (ECF No. 53.)

On May 13, 2022, the Court granted Plaintiff's Motion for Default Judgment in substantial part against Defendants and entered an order thereon. (ECF 73).  On June 24, 2022, the Court granted Plaintiff's Renewed Motion for Attorney's Fees and Costs in Connection with Default Judgment and entered an order thereon. (ECF 76). For the reasons set forth in the Court's orders, IT IS HEREBY ORDERED, ADJUDICATED and DECREED that:

1.    Judgment is entered in favor of Plaintiff and against Defendants.

2.    Defendants, and their officers, agents, employees, representatives, and all persons acting in concert or participating with them, are permanently restrained and enjoined from (1) engaging in or performing directly or indirectly the use of Clint Eastwood's name, likeness, and personal to promote and sell any products, and (2) using any names, words, designations or symbols consisting of, incorporating in whole or part, or otherwise similar to Clint or Eastwood or any other common law trademark owned by Garrapata or Mr. Eastwood in any buried code, hidden field, metatags, search terms, keywords, key terms, hits generating pages, or any other devices used, intended, or likely to cause any web site or web sites listed by any Internet search engines in response to any searches that include any terms identical with or confusingly similar to the Clint Eastwood mark.

-2-

JUDGMENT

3.      Defendants are ordered to pay Plaintiff monetary relief in the amount of Two Million, Twenty-Nine Thousand, Two Hundred Forty-Five Dollars and Seven Cents ($2,029,245.07) plus post-judgment interest thereon. Post-judgment interest shall accrue beginning on the date of entry of this Judgment and shall be determined pursuant to 28 U.S.C. § 1961.

4.      This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Judgment, including the permanent injunction herein.

**IT IS SO ORDERED.**

Dated:  August 2, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**

-3-

JUDGMENT